158 A.3d 586

POWERHOUSE FIRST, LLC, PLAINTIFF, v. WALDO JERSEY CITY, LLC, AND POWERHOUSE LAND DEVELOPMENT, LLC, DEFENDANTS, AND DAVID PAZDEN, DEFENDANT, AND MICHAEL PAZDEN, THIRD–PARTY PLAINTIFF, AND MICHELE PAZDEN, THIRD–PARTY PLAINTIFF, v. POWERHOUSE FIRST, LLC, THIRD–PARTY DEFENDANT. AND OTHER RELATED CASES.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1609–12 and A–655/656–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification of Michael Pazden is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.